**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Max BACAL, Defendant–Appellant.**

No. 06–16490
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 8, 2007.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Georgia, sitting by designation.

Kathleen M. Williams, Miguel Caridad, Miami, FL, for Defendant–Appellant.

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Miguel Caridad, appointed counsel for Max Bacal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsels' assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED,** and Bacal's conviction and sentence are **AFFIRMED.**